## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gildardo F.M.,

      Petitioner,

v.

Todd Blanche, et al.,

      Defendants.

**ORDER DISMISSING
PETITION FOR WRIT
OF HABEAS CORPUS**
Civil File No. 26-02494 (MJD/SGE)

Jason L. Schellack, Autism Advocacy & Law Center, LLC, Counsel for Petitioner.

David W. Fuller, Worthington Phillips, Assistant United States Attorneys, Counsel for Federal Respondents.

On May 26, 2026, the Court granted Petitioner Gildardo F.M.'s Petition for Writ of Habeas Corpus. (Doc. 8.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing within one week after issuance of the Order, file notice of the scheduled hearing directly with the Court, and file a status update after the hearing to inform the Court of the result. (Id.)

On May 27, 2026, Responded filed a Bond Hearing Notice, indicating that Petitioner's bond hearing was scheduled for June 2, 2026 at 1:30 p.m. (Doc. 10-1.)

1

On June 3, 2026, Respondents filed a status update to inform the Court that an

Immigration Judge denied Petitioner bond "finding danger based on arrests for

OWI and tampering with interlock ignition device." (Doc. 11.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Gildardo F.M.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 8, 2026                              s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court

2